# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131062

FREDERICK T. STREETS,
      Plaintiff-Appellee,

v

CWC TEXTRON, INC., and KEMPER
INSURANCE COMPANIES,
      Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131062
COA: 266741
WCAC: 02-000522

_____/

      On order of the Court, the application for leave to appeal the March 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

t0724

_____
Clerk